**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

EBONY A. MCCANTS,

      Plaintiff,

v.                                     Case No.: 3:13-cv-00376-MCR-CJK


BABE'S SOUTH, INC.,
and BRENNON P. VINET,

      Defendants.

_____/

## PLAINTIFF/COUNTER-DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

      The Plaintiff/Counter-Defendant, EBONY A. MCCANTS (hereinafter "Plaintiff"), by and through the undersigned Counsel answers, responds, and asserts affirmative defenses to the Defendants' Counterclaim, and states as follows:

### ANSWER

1.      Denied.

2.      Admitted that the Plaintiff, EBONY MCCANTS, was employed as an exotic dancer at "Babe's Show Club," located at 4024 North Davis Highway, Pensacola, Florida, within the three (3) years prior to the date in which the Complaint [DOC. 1] was filed.

3.      Admitted that "Babe's Show Club" is an adult entertainment establishment that provides dances performed by exotic dancers including the Plaintiff, EBONY MCCANTS.

4.      Denied.

McCants v. Babe's South, Inc., et al.
*Plaintiff/Counter-Defendant's Answer and Affirmative Defenses*
Page 1 of 4

5.      Denied.

6.      Denied.

7.      Denied.

8.      Denied.

9.      Denied.

**WHEREFORE**, the Plaintiff, EBONY MCCANTS, prays that this Honorable

Court enter judgment in favor of the Plaintiff, and find no relief for the Defendants in

their asserted counterclaim(s).

## AFFIRMATIVE DEFENSES

As for affirmative defenses, the Plaintiff/Counter-Defendant asserts and states as

follows:

### FIRST AFFIRMATIVE DEFENSE

The Defendants/Counter-Plaintiffs' counterclaim(s) are barred, in whole or in

part, by the doctrine of unclean hands. The Defendants/Counter-Plaintiffs' violated the

FLSA and the FMW as they pertain to the Plaintiff/Counter-Defendant's wages, which

precludes them from seeking equitable relief.

### SECOND AFFIRMATIVE DEFENSE

The Defendants/Counter-Plaintiffs have failed, in whole or in part, to mitigate

their alleged damages.

### THIRD AFFIRMATIVE DEFENSE

The Defendants/Counter-Plaintiffs' alleged damages, if any, are the result of their

own contributory negligence, and their claim for relief should be barred.

McCants v. Babe's South, Inc., et al.
*Plaintiff/Counter-Defendant's Answer and Affirmative Defenses*
Page 2 of 4

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiff/Counter-Defendant acted in good faith during her employment with the Defendants/Counter-Plaintiffs and she was not unjustly enriched as any income received was a result of work performed while employed for and by the Defendants/Counter-Plaintiffs.

**FIFTH AFFIRMATIVE DEFENSE**

The service charges referred to by the Defendants/Counter-Plaintiffs were in fact tips paid to/earned by the Plaintiff/Counter-Defendant. Allowing the Defendants/Counter-Plaintiffs an offset would result in the Defendants/Counter-Plaintiffs sharing tips with the Plaintiff/Counter-Defendant, therein violating the FLSA and invalidating the tip pool.

**SIXTH AFFIRMATIVE DEFENSE**

The Defendants/Counter-Plaintiffs would be unjustly enriched if an offset was allowed and provided for.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendants/Counter-Plaintiffs' common law argument of unjust enrichment is circumvented by the FLSA.

**EIGHTH AFFIRMATIVE DEFENSE**

The Defendants/Counter-Plaintiffs acted in bad faith and should be barred from relief.

McCants v. Babe's South, Inc., et al.
*Plaintiff/Counter-Defendant's Answer and Affirmative Defenses*
Page 3 of 4

## NINTH AFFIRMATIVE DEFENSE

The Plaintiff/Counter-Defendant hereby gives notice that it intends to rely upon such other affirmative defenses as may become available or apparent during the course of discovery and thus reserves the right to amend its Answer to assert such defenses.

Respectfully Submitted,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.
Fla. Bar No.:  0154784
TYLER L. GRAY, ESQ.
Fla. Bar No.: 0059738
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Florida 32503
(850) 437-9600 / (850) 437-0906 (Fax)
jj@talbottlawfirm.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the Plaintiff's Answer to Counterclaim and Affirmative Defenses has been furnished via CM/ECF (electronic filing) to Joseph L. Hammons, Esq., 17 West Cervantes Street, Pensacola, FL 32501, this 14th day of August, 2013.

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.

McCants v. Babe's South, Inc., et al.
*Plaintiff/Counter-Defendant's Answer and Affirmative Defenses*
Page 4 of 4